## Livingston *against* Cheetham.

Hardenberg
v.
Thompson.

WOODWORTH, attorney general, for the plaintiff, moved for a *struck jury* in this cause, on an affidavit stating, that the plaintiff, at the time of the publication of the *libel* for which this action is brought, was, and now is, Recorder of the city of New-York, and *ex officio*, a director of the Manhattan Company ; that the libellous publications in question were concerning his conduct in relation to the interests and affairs of the said Company ; and that the same were false and unfounded.

*Riker*, contra.

*Per Curiam.* In the case of *Foot*,* who was district attorney, and brought an action for a libel, a struck jury was allowed. The present application is within the reason of that case. The plaintiff is an important officer, and libelled as to his trust in respect to the Manhattan Company, and in consideration of his public station and character, we think the rule ought to be granted.

Rule granted.

*Where a public officer is sued for a libel in relation to a trust held ex officio, a struck jury is allowed.*

---

* 1 *Caines* 498. *Spencer* v. *Sampson*, and *Foot* v. *Croswell*. In the latter case, on being informed that his affidavit was defective, the plaintiff withdrew his motion, and at a subsequent term, on another affidavit, the court allowed a struck jury.